

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00133-CV

| | | |
|---|---|---|
| IN THE ESTATE OF ERIC JOHNSON, DECEASED | § | On Appeal from Probate Court No. 2 |
| | § | of Tarrant County (2019-PR01490-2) |
| | § | August 26, 2021 |
| | § | Memorandum Opinion by Justice Lee Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no reversible error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Sesin Johnson shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
　　Justice Lee Gabriel